WEI WU, Plaintiff/Respondent,

v.

ACE CANADA a/k/a Ace Ina Insurance Company, Defendant/Appellant.

No. ED 96377.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 6, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2012.

Application for Transfer
Denied July 3, 2012.

Richard A. Day, Hennessy & Roach, P.C., St. Louis, MO, for appellant.

Michael D. Stokes, Devereaux, Stokes, Nolan, Fernandez & Leonard, P.C., James Peter Leonard, Gonzalo Andres Fernandez, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Ace Canada a/k/a Ace Ina Insurance Company (Appellant) appeals from the trial court's judgment entered in this garnishment action after a bench trial finding Appellant liable to pay an earlier judgment issued to Wei Wu (Respondent) in the amount of $11,345,681.38. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in its judgment, *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976), or abuse its discretion in denying Appellant's motion to amend its pleadings. *Dye v. Division of Child Support Enforcement Dept. of Social Services, State of Mo.,* 811 S.W.2d 355, 358 (Mo.banc 1991). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).